# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JOHN OLIVER**                                                                                                                    **PLAINTIFF**

**v.**                                                              **Case No: 4:25-cv-00771-LPR**

**WHITE COUNTY MEDICAL**
**DETENTION CENTER**                                                                                         **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 9).  No objections have been filed, and the time for doing so has expired.[1]  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  The Court directs the Clerk to send Plaintiff a file-marked copy of the RD (Doc. 9), along with copies of this Order and the accompanying Judgment.  The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] It appears the file-marked copy of the RD that was mailed to Plaintiff was returned to the Court as undeliverable because Plaintiff was no longer at the detention facility at the time it was entered.  *See* Doc. 10.  Plaintiff later filed a Notice of Change of Address, listing a free-world address.  Out of an abundance of caution, the Court will allow Plaintiff an additional 14 days to file objections to the RD.  Plaintiff must file any such objections in the form of a Motion to Reconsider this Order of dismissal and the corresponding Judgment.  If Plaintiff does file such a Motion, the Court will reconsider *de novo* any part of the RD that is properly objected to and evaluate whether this case should be re-opened.

[2] The Complaint does not name any individual as having done something (or not done something) that violated the law.  *See* Complaint (Doc. 2) at 1.

IT IS SO ORDERED this 31st day of March 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE